☒ FILED    ☐ LODGED

**Jan 24 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Victoria Roman-Braulio____,<br><br>　　　　　Defendant. | CR-25-00106-PHX-JFM<br><br>Case No. _25-1128MJ_<br><br><br>**WAIVER OF INDICTMENT** |

　　　The above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), a felony offense, being advised of the nature of the charge and of his/her rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_Brenda Sandoval for Victoria Roman Braulio_
Defendant

_Brenda Sandoval_
Attorney for Defendant

Date _Jan. 24, 2025_